UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAN SODA POP JIMENEZ HERNANDEZ<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.  1:26-cv-04731-FJS<br><br>ORDER GRANTING PLAINITFF'S APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES OR COSTS<br><br>(ECF No. 2) |

Plaintiff Adan Soda Pop Jimenez Hernandez ("Plaintiff") filed this action against the Commissioner of Social Security on June 19, 2026. (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.)

Plaintiff states that he is an unemployed student, who receives student financial aid in the amount of $1,400.00 - $300.00 per year, depending on the number of units that he is enrolled in. (ECF No. 2.) Plaintiff receives income from food stamps in the amount of $443.00 per month which is shared with three others in his household. (ECF No. 2.) Plaintiff has $20.00 in his checking account and $20.00 in his savings account. (*Id*.) Plaintiff incurs rent, utility, and other expenses totaling $1,800.00 which is paid for by his mother. (*Id*.)

1

Upon review of Plaintiff's application to proceed *in forma pauperis,* the court finds that Plaintiff has sufficiently shown that he is unable to pay the fees associated with commencing this lawsuit. *See Areys v. Mayorkas,* No. 3:24-CV-02104-JES-DDL, 2024 WL 5320191 (S.D. Cal. Dec. 11, 2024) (granting unemployed undergraduate plaintiff's application to proceed IFP where income from student financial aid was less than plaintiff's total monthly expenses). Accordingly, the request to proceed *in forma pauperis* will be granted. 28 U.S.C. § 1915(a).

IT IS HEREBY ORDERED as follows:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2. The Clerk of the Court is directed to issue new case documents, including the Scheduling Order;

3. The Clerk of the Court also is directed to issue summons and service shall proceed under the Court's E-Service program with the Clerk delivering to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of the action along with the summons and complaint.

IT IS SO ORDERED.

Dated:   **June 24, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2