ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Executive Counsel for Program Litigation 1 – Law & Policy
Social Security Administration
LILLIAN J. LEE, NY 5449764
Special Assistant United States Attorney
Program Litigation 1 – Law & Policy
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (206) 615-2733
lillian.j.lee@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAN SODA POP JIMENEZ HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:26-CV-04731-JLT-FJS<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

Pending the court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's motion for summary judgment (ECF No. 11) be extended thirty (30) days from October 14, 2026, up to and including November 14, 2026. The parties further stipulate that the court's scheduling order (ECF No. 4) shall be modified accordingly. This is Defendant's first extension request. Defendant has identified a possibility for settlement of this matter and requires additional time to complete internal discussions, and if necessary, to negotiate settlement with Plaintiff's counsel. Defendant's counsel has been diligent in her work, and in the last four weeks, has completed six

responsive briefs and two settlement memoranda. In addition to this case, counsel has twelve upcoming responsive briefs in the next four weeks.

Respectfully submitted,

Dated: October 13, 2026 By: /s/ *Jonathan Pena**
(*as authorized via e-mail on October 13, 2026)
JONATHAN PENA
Attorney for Plaintiff

Dated: October 13, 2026
ERIC GRANT
United States Attorney
MATHEW W. PILE
Executive Counsel for Program Litigation 1
Social Security Administration | Law & Policy

By: /s/ *Lillian J. Lee*
LILLIAN J. LEE
Special Assistant U.S. Attorney
Attorneys for Defendant

ORDER

Pursuant to the parties' above stipulation, IT IS ORDERED that Defendant shall have an extension, up to and including November 14, 2026, to respond to Plaintiff's motion for summary judgment. Plaintiff's reply brief, if any, shall also be extended accordingly.

IT IS SO ORDERED.

Dated: **October 15, 2026**

UNITED STATES MAGISTRATE JUDGE