UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAN SODA POP JIMENEZ HERNANDEZ,<br>Plaintiff,<br>vs.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No. 1:26-CV-04731-JLT-FJS<br>ORDER RE: STIPULATION FOR AN EXTENSION OF TIME<br>(ECF No. 15) |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment (ECF No. 11) be extended thirty (30) days from November 14, 2026, up to and including December 14, 2026. The parties further stipulate that the Court's Scheduling Order (ECF No. 4) shall be further modified accordingly. This is Defendant's second extension request. Since the last extension request was granted, Defendant has had internal discussions regarding the possibility of settlement of this matter but requires more time to complete those discussions, and if necessary, to negotiate settlement with Plaintiff's counsel. Defendant's counsel has been diligent in her work, and in the last four weeks, has completed seven responsive briefs and two settlement memoranda. In addition to this case, counsel has thirteen upcoming responsive briefs in the next four weeks.

Respectfully submitted,

Dated: November 16, 2026 By: /s/ *Jonathan Pena**
(*as authorized via e-mail on November 13, 2026)
JONATHAN PENA
Attorney for Plaintiff

Dated: November 16, 2026

ERIC GRANT
United States Attorney
MATHEW W. PILE
Executive Counsel for Program Litigation 1
Social Security Administration | Law & Policy

By: /s/ *Lillian J. Lee*
LILLIAN J. LEE
Special Assistant U.S. Attorney
Attorneys for Defendant

ORDER

Pursuant to the parties' stipulation (ECF No. 15), and for good cause appearing, the court HEREBY ORDERS that Defendant SHALL have up to and including December 14, 2026, to respond to Plaintiff's motion for summary judgment (ECF No. 11).

IT IS SO ORDERED.

Dated: **November 18, 2026**

UNITED STATES MAGISTRATE JUDGE